# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                          Case No. 08-mc-57-JD

<u>Gerard M. Schena</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 1, 2008, no objection having been filed.

Gerard M. Schena, is ordered to obey the summons and appear on November 17, 2008 at 10:00 a.m. at 195 Commerce Way, Suite B, Portsmouth, New Hampshire, before J.L. Shing, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of April 8, 2008.

It is further ordered that the government be awarded its costs.

SO ORDERED.

November 10, 2008                      <u>/s/ Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

cc:     Gretchen Leah Witt, AUSA
        Gerard M. Schena, pro se